# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

128948

NORMAN ALBERT MARKEL,
     Plaintiff-Appellant,

v

DAN DEGRAW, and COUNTY OF
MACOMB,
     Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128948
COA: 252054
Macomb CC: 2002-002176-NI

On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk